AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                      Page 1 of ___3___ Pages

REDACTED   MISC 06-133

# UNITED STATES ~~DISTRICT COURT~~

| Southern | District of | Texas |
|---|---|---|

United States of America

V.

**Luis Reamy Rodriguez**

_____
Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number:   **5:06-CR-658-01**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____**United States District Court**, at_____
                                                                                                                    Place
___1300 Victoria, Laredo, TX___ on _____**WHEN NOTIFIED**_____
                                                                       Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
___- - - ONE HUNDRED THOUSAND AND NO/100 - - -___ dollars ($ _100,000.00 - - -_ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

/mi

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199B   (Rev. 5/99) Additional Conditions of Release                                                                 Page 2 of 3

**Additional Conditions of Release**      Luis Reamy Rodriguez
                                          5:06-CR-658-01

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)  The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____     _____
        Custodian or Proxy                        Date

(✔) (7)  The defendant shall:
   (✔) (a)  report to the  U.S. Pretrial Services Office in Wilmington, DE ,
            telephone number  (956) 790-1396 , not later than  as directed .
   (✔) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
            $100,000.00 (ONE HUNDRED THOUSAND AND NO/100)
   (✔) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
            $2,000.00 - - - - - .
   ( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____ .
   (✔) (e)  maintain or actively seek employment.
   ( ) (f)  maintain or commence an education program.
   ( ) (g)  surrender any passport to: _____
   ( ) (h)  obtain no passport.
   (✔) (i)  abide by the following restrictions on personal association, place of abode, or travel:
            RESTRICTED TRAVEL TO BE ARRANGED BY U.S. PRETRIAL SERVICES; **NO TRAVEL TO MEXICO**.
   (✔) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
   ( ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
   ( ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
   ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
   (✔) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.
   (✔) (o)  refrain from  (✔) any  ( ) excessive use of alcohol.
   (✔) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
   ( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
   ( ) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
   ( ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or
            ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
            ( ) (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
            ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
            ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
   (✔) (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
   (✔) (v)  THE DEFENDANT WILL INCUR THE COST ASSOCIATED WITH THIS CONDITION BASED ON THE ABILITY TO PAY BY THE USPSO.
   ( ) (w)  _____
   ( ) (x)  _____

/mi

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C    (Rev.6/97) Advise of Penalties . . .                                    Page   3   of   3   Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:    **Luis Reamy Rodriguez**  (5:06-CR-658-01 )

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:



    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant, **Luis Reamy Rodriguez**

_____
Address

Newark, Delaware
City and State                                Telephone

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____

Signature of Judicial Officer
**DIANA SALDAÑA**
**United States Magistrate Judge**

/mi                                              Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT ~~REDACTED~~
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. **5:06-CR-658-01** |
| | § | |
| vs. | § | Pending in the Southern District of Texas |
| | § | |
| **Luis Reamy Rodriguez** | § | Laredo, Texas |

**AFFIDAVIT OF OWNERSHIP OF SECURITY
FOR APPEARANCE BOND**

I, **Vanessa Quijano**, on oath hereby declare that I am the owner of **$2,000.00** (TWO THOUSAND AND NO/100) deposited as security on the bond for the above named defendant with the following:

Cashier's Check(s) or Money Order(s) No(s). ✓ 10363502542 + 10363502553

drawn on ✓ U.S. Postal Service at ✓ New Castle, DE.

Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

**Vanessa Quijano**
1006 South Geraldo Drive
Newark, Delaware 91713
(302)293-6792

I, Vanessa Quijano as owner, hereby subject said funds to the provisions of Local Rule 18 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

ACCEPTED:

_____     ✓ _Vanessa Quijano_____
**Luis Reamy Rodriguez**, Defendant      Vanessa Quijano, owner

SWORN TO AND SUBSCRIBED BEFORE ME this _____ day of July, 2006.

MICHAEL N. MILBY, CLERK

_[signature]_
(Judicial Officer/Clerk) - ~~Newark~~, Delaware (date)       BY: _____
Wilmington
7-17-06

/mi

AO 98   (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Texas_____

UNITED STATES OF AMERICA
V.
**Luis Reamy Rodriguez**

Defendant

APPEARANCE BOND **REDACTED**

Case Number:   **5:06-CR-658-01**

      Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
✔    Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ **100,000.00 - - - - -** _____, and there has been deposited in the Registry of the Court the sum of
$ **2,000.00 - - - -** _____ in cash or _____XXXXXXXXXXXXXX_____ (describe other security.)

      The conditions of this bond are that the defendant _____**Luis Reamy Rodriguez**_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

      It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

      If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____**17th July 2006**_____ at _____**Laredo, Texas**_____
                                                           Date                                                                        Place

| | | | | |
|---|---|---|---|---|
| Defendant | **Luis Reamy Rodriguez** | Address Tel: | | Newark, Delaware |
| Surety | **Vanessa Quijano** (signature) **Vanessa Quijano** | Address Tel: | | Newark, Delaware |
| Surety | _____ | Address | | |

Signed and acknowledged before me   _____
                                                                         Date

By: _Merlen A. Jarratt_  ✔  **7-17-06**
Judicial Officer/Clerk - [city/state for signature]   (date)                        Judicial Officer/Clerk - Margie Ibarra
        Approved _____
        **DIANA SALDAÑA,**
        **United States Magistrate Judge**

/mi

**REDACTED**

```
            UNITED STATES
            DISTRICT COURT
             District of Delaware
                Wilm. Division

            # 144061 - RE
            July 17, 2006


    Code      Case #      Qty     Amount

    OTHER    5-06-CR-658          1000.00 CA
      DEPOSIT FUND
      Litigate - 1
    OTHER    5-06-CR-658          1000.00 CA
      DEPOSIT FUND
      Litigate - 1


    Total->            2,000.00


    FROM: VANESSA QUIJANO
          USPO 10363502553   SD TX CR #
          USPO 10363502542   06-658
          BAIL FOR LUIS RODRIGUEZ
```