U.S. MAGISTRATE COURT
DS – SDTX
FILED
AUG 07 2006
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

DE – USDC
MISC 06-133

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | DOCKET No. 5:06-CR-658-01 |
| Luis Reamy Rodriguez | § | |

ORDER

On July 17, 2006 a deposit in the amount of $2,000.00 (TWO THOUSAND AND NO/100) was made by Vanessa Quijano at the United States District Court in the District of Delaware, Wilmington Division, on behalf of Defendant Luis Reamy Rodriguez. Defendant is in the custody of the U.S. Marshal Service in Laredo, Texas. On July 18, 2006, Ms. Quijano was notified that U.S. Border Patrol placed an immigration detainer on Defendant Rodriguez. Ms. Quijano has notified the Court that she does not want to proceed with the bond release papers and would like the $2,000.00 deposit returned to her.

IT IS THEREFORE ORDERED that the U.S. District of Delaware refund the $2,000.00 deposit to Ms. VANESSA QUIJANO, the depositor, and that the processing of Defendant Rodriguez' bond paperwork be terminated until further notice.

Done at Laredo, Texas on the 7th day of August, 2006.

DIANA SALDAÑA
United States Magistrate Judge