**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 8, 2006

Vanessa Quijano

RE:   U.S.A. v. LUIS REAMY RODRIGUEZ.
      Criminal Action No. 06-658-1 **(Southern District of Texas)**
      Misc. Case No. 06-133 (District of Delaware)

Dear Ms. Quijano,

July 17, 2006, $2,000.00 was posted by you as bail in the above referenced matter. The funds were received at the U.S. District Court for the District of Delaware. By order dated August 7, 2006 from the U.S. District Court for the Southern District of Texas (Laredo Division) the $2,000.00 is to be refunded to you. A copy of the Court's order is attached.

Therefore, please find enclosed U.S. Treasury Check             , payable to you in the amount of $2,000.00. Please kindly acknowledge receipt of the check on the enclosed copy of this letter. Upon doing so, please return the copy of this letter to me. A self-addressed, postage paid, envelope is enclosed for your convenience.

If you have any questions regarding this matter please feel free to contact me at (302) 573-6136.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

By: *[signature]*
Deputy Clerk

PTD:bkb

Receipt of check acknowledged by: *Vanessa Quijano*
on August 9th, 2006

U.S. MAGISTRATE COURT
DS – SDTX
FILED

AUG 0 7 2006

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | DOCKET No. 5:06-CR-658-01 |
| Luis Reamy Rodriguez | § | |

### ORDER

On July 17, 2006 a deposit in the amount of $2,000.00 (TWO THOUSAND AND NO/100) was made by Vanessa Quijano at the United States District Court in the District of Delaware, Wilmington Division, on behalf of Defendant Luis Reamy Rodriguez. Defendant is in the custody of the U.S. Marshal Service in Laredo, Texas. On July 18, 2006, Ms. Quijano was notified that U.S. Border Patrol placed an immigration detainer on Defendant Rodriguez. Ms. Quijano has notified the Court that she does not want to proceed with the bond release papers and would like the $2,000.00 deposit returned to her.

IT IS THEREFORE ORDERED that the U.S. District of Delaware refund the $2,000.00 deposit to Ms. VANESSA QUIJANO, the depositor, and that the processing of Defendant Rodriguez' bond paperwork be terminated until further notice.

Done at Laredo, Texas on the 7th day of August, 2006.

DIANA SALDAÑA
United States Magistrate Judge